**EXHIBIT 2**

```
 1        tour of what was there?
 2        A.    No.
 3        Q.    Did you meet anyone else other than Mrs.
 4        Thibeault?
 5        A.    Again, not that I recall.
 6        Q.    That day did you hear the words Wood Waste?
 7        A.    Yes.
 8        Q.    And what were you -- strike that.  In what
 9        context did you hear the words Word Waste?
10        A.    That the place that we were -- the property I
11        was on was owned by Wood Waste.
12        Q.    There were signs that said Wood Waste on one
13        of the buildings, right?
14        A.    I'm sure there was.
15        Q.    Did you ask Mrs. Thibeault what was Wood
16        Waste?
17        A.    No.
18        Q.    Did you have any discussion with her or anyone
19        that day about what was Wood Waste?
20        A.    Yes.
21        Q.    Who did you speak with?
22        A.    Ann.
23        Q.    I must have misunderstood one of your earlier
24        answers.  What was your discussion with Mrs.
```

1   Thibeault regarding Wood Waste, what was said by
2   her, what was said by you?
3   A.   The general conversation about what Wood Waste
4   is or was I guess at the time.  They were a transfer
5   station for construction debris.
6   Q.   Did she tell you you would be working for Wood
7   Waste if you got the job?
8   A.   No.
9   Q.   Did you complete any paperwork while you were
10  there that day?
11  A.   I don't recall.
12  Q.   You said that during the phone conversation --
13  at the end of the phone conversation there was an
14  agreement you scheduled the second meeting.  At the
15  end of this meeting with Mrs. Thibeault did you have
16  anything scheduled for a third meeting?
17  A.   Yes, sir.
18  Q.   And when was that going to take place?
19  A.   I don't recall the date that it was going to
20  take place.
21  Q.   No, that's fine. Was it the same day, the
22  next day, a week later type of thing?
23  A.   It was about a week later.
24  Q.   And where did you meet that day?