# EXHIBIT 3

STATE OF RHODE ISLAND                         SUPERIOR COURT
PROVIDENCE, SC.

DANIEL P. DWYER                          :
                                         :
        VS.                              :         C.A. NO.: PC-2016-4376
                                         :
PROJO WESTMINSTER LLC;                   :
KRESGE WESTMINSTER LLC; AND              :
THIBEAULT DEVELOPMENT LLC, AND :
AMERICAN LABOR SERVICES, INC.            :

## AFFIDAVIT

Now comes Daniel P. Dwyer and makes affidavit under oath and says as follows:

1.      I reside at 1081 Oak Hill Avenue, Attleboro, MA. I am the plaintiff in this action.

2.      In or about June, 2016, I responded to a job posting and advertisement by
Thibeault Development, seeking a maintenance technician (Exhibit 1). The advertisement
included references to "About Thibeault Development," and "All Jobs at Thibeault
Development."

3.      I met with William Thibeault, at one of his properties in Boston. He described
generally his real estate properties in Boston and Providence. He also told me that he had
demolition going on at buildings in Providence for three or four months. I was hired by William
Thibeault as a maintenance technician/property manager with responsibility to oversee, maintain
and manage properties of Thibeault Development, including properties in Boston, MA and
Providence, RI. Mr. Thibeault stated to me that he wanted me to be his "eyes and ears" with
respect to overseeing activities at his properties. I understood this to mean all of his properties,
including the Kresge and Projo buildings in Providence.

4.      My initial meeting with William Thibeault as described in the preceding
paragraph took place at 630 Washington Street, Boston, MA, a Thibeault Development Property
as described on the Thibeault Development website (Exhibit 2).

5.      On July 18, 2016, my first day of employment. I was directed by William
Thibeault to meet him at the Projo building in Providence, RI. We met in the conference room in
the Projo building at 203;213 Westminster Street. Mr. Thibeault talked about the demolition
work that was ongoing, other work in both buildings that needed to be done, and the renovation
of both buildings which were ultimately to be connected. This was reported in the media (Exhibit
3).

6.      Demolition work in both buildings was being performed by temporary employees
of a contractor, American Labor Services, Inc.

7.      An employee of another contractor, Wood Waste of Boston, identified as Hugo Romero, supervised the demolition work performed by the temporary employees, based upon instructions and directions from William Thibeault. While working in both the Kresge and Projo buildings on July 22, 2016, I became aware that Hugo was receiving direction and instruction regarding the demolition work from William Thibeault. I observed Hugo speak with William Thibeault by cell phone on two occasions on July 22, 2016.

8.      My responsibilities as an employee of Thibeault Development included monitoring the demolition work at the Kresge and Projo buildings and reporting back to William Thibeault. I also performed some of the actual demolition work to remove glass on the second floor of the Kresge building on the morning of July 22, 2016.

9.      I understood that all of my activities as described herein were performed as an employee of Thibeault Development LLC.

10.     On July 22, 2016, I was performing maintenance work in the Projo Building, and also monitored and did some work in the Kresge building. After arriving in the Kresge building after lunch, I observed that workers had demolished and undercut the base of a large brick wall in the building. Shortly therafter, large portions of the wall and ceiling collapsed onto me, causing me substantial and permanent injuries.

11.     Upon information and belief, at the time I was injured, there were no municipal building or renovation permits for the work that was being done in both the Projo and Kresge buildings.

12.     Subsequent to my injuries sustained on July 22, 2016, I received a paycheck and stub for my earnings while employed at Thibeault Development. It was upon the receipt of this documentation that I first learned that my wages appeared to be paid by Wood Waste of Boston.

13.     I understand that the Projo and Kresge properties were recently listed for sale by Thibeault Development (Exhibit 4).

_____
Daniel P. Dwyer


Subscribed and sworn to before me on this 30th day of June, 2017.

_____
NOTARY PUBLIC

BRIAN M. FOLEY
NOTARY PUBLIC
State of Rhode Island
My Commission Expires
November 23, 2017

_____
Print Notary Name
My commission expires: _____

2