**EXHIBIT 4**

12

1         MR. CERILLI:  I just received documents
2 today.  This is a copy.  I just downloaded them.
3 I'm just going to move through them.  Those are
4 the corporate that we requested.
5         MR. QUIGLEY:  Were these documents
6 produced by Jack's office this morning?
7         MR. CERILLI:  Correct.
8 Q. I'm showing you Plaintiff's Number 1.  These are
9 documents that were produced this morning, and if
10 you'll just take a look at Plaintiff's Number 1.
11 Are these corporate filings pertaining to the
12 operation of Wood Waste of Boston?
13 A. I haven't seen these.  My attorney -- we wanted to
14 try to be -- give you as much paperwork as we
15 could, so my attorneys went and pulled these
16 because we didn't have these on file.
17 Q. Does this appear to you --
18 A. This seems to be Wood Waste, yes.
19 Q. What is the business of Wood Waste?
20 A. It's basically a transfer recycling facility of
21 construction, demolition material.
22 Q. And how long has Wood Waste been in operation?
23 A. I think since '90, '91 or '92.  I actually think
24 '93; I'm sorry.
25 Q. You're the current president of Wood Waste?