# EXHIBIT 5

# State of Rhode Island: Department of Business Regulation

## Licensed and Approved Insurance Companies

### Licensed and Approved Insurance Companies

(All lists will be updated 4 to 6 weeks from the as of date on each list)

- **LOOKUP SEARCH**
- **LICENSED**
    - Fraternal Benefit Societies
    - Health Insurers
    - Life Insurance Companies
    - Property and Casualty Insurance Companies
    - Title Insurance Companies
- **STATUS OTHER THAN LICENSED**
    - Registered U.S. Domiciled Surplus Lines Insurers
    - Registered Federal Risk Retention Group
    - Accredited Reinsurers
    - Approved Reinsurers
    - NAIC Surplus Lines Quarterly Listing of Non U.S. Domiciled Insurers
    - Certified Reinsurers Status List
    - Risk Purchasing Groups
    - Approved Auto Self Insurers

REGISTERED US DOMICILED SURPLUS LINES INSURER

For non U.S. domiciled insurers eligible under the Federal Nonadmitted Insurance and Reinsurance Reform Act (NRRA), please refer to the separate link for the NAIC Surplus Lines Quarterly Non U.S. Domiciled Listing.

Please note: this list reflects all applications processed and approved through the report date shown below. For questions regarding information contained herein or to inquire on the status of a pending application, please email dbr.companylicensing@dbr.ri.gov . To search withing this document for a company by name or number, use CTRL + F.

Report Date: September 25, 2020
Company Count: 148

| COMPANY NAME | NAIC# | ADDRESS | | | PHONE# |
|---|---|---|---|---|---|
| Acceptance Indemnity Insurance Company | 20010 | P.O. Box 10800 | Raleigh | NC | 27605 | (919) 833-1600 |
| Admiral Insurance Company | 24856 | 7233 E Butherus Drive | Scottsdale | AZ | 85250 | (856) 429-9200 |
| Agent Alliance Insurance Company | 10389 | PO Box 3199 | Winston Salem | NC | 27102 | (336) 435-2000 |
| AIG Specialty Insurance Company | 26883 | 175 Water Street, 18th Floor | New York | NY | 10038 | (877) 541-9748 |
| AIX Specialty Insurance Company | 12833 | 440 Lincoln Street | Worcester | MA | 01653 | (508) 855-1000 |
| Allianz Underwriters Insurance Company | 36420 | 225 West Washington Avenue, Suite 1800 | Chicago | IL | 60606 | (888) 466-7883 |
| Allied World Assurance Company (US), Inc. | 19489 | 199 Water Street, 24th Floor | New York | NY | 10038 | (646) 794-0500 |
| Allied World Surplus Lines Insurance Company | 24319 | 1690 New Britain Avenue, Suite 101 | Farmington | CT | 06032 | (860) 284-1300 |
| American Empire Surplus Lines Insurance Company | 35351 | P.O.Box 5370 | Cincinnati | OH | 45201 | (513) 369-3000 |
| American Equity Insurance Company | 43117 | One Tower Square | Hartford | CT | 06183 | (800) 237-9334 |
| American Federation Insurance Company | 30245 | 6301 Owensmouth Ave | Woodland Hills | CA | 91367 | |
| American National Lloyds Insurance Company | 10043 | 1949 East Sunshine St. | Springfield | MO | 65899-0001 | (417) 887-4990 |
| American Western Home Insurance Company | 35912 | P.O. Box 5323 | Cincinnati | OH | 45201-5323 | (800) 543-2644 |
| Arch Specialty Insurance Company | 21199 | Harborside 3 | Jersey City | NJ | 07311-1107 | (866) 413-5550 |
| Ascot Insurance Company | 23752 | 55 West 46th Street  26th Floor | New York | NY | 10036 | (646) 356-8101 |
| Aspen Specialty Insurance Company | 10717 | 175 Capital Blvd. | Rocky Hill | CT | 06067 | (860) 760-7700 |
| Associated Industries Insurance Company, Inc. | 23140 | P.O. Box 812319 | Boca Raton | FL | 33487 | (561) 962-9320 |
| Atain Specialty Insurance Company | 17159 | 30833 Northwestern Highway, Suite 220 | Farmington Hills | MI | 48334 | (248) 538-4530 |
| Alegrity Specialty Insurance Company | 16427 | 15990 N Greenway-Hayden Loop Suite D-160 | Scottsdale | AZ | 85260 | |
| Atlantic Casualty Insurance Company | 42846 | 400 Commerce Court | Goldsboro | NC | 27534 | (919) 759 3200 |
| AXIS Surplus Insurance Company | 26620 | 10000 Avalon Blvd | Alpharetta | GA | 30009 | (678) 746-9400 |
| Berkley Assurance Company | 39462 | 7233 E Butherus Dr | Scottsdale | AZ | 85260 | (480) 951-0905 |
| Berkley Specialty Insurance Company | 31295 | 7233 E Butherus Dr | Scottsdale | AZ | 85260 | (480) 444-5950 |
| Blackboard Specialty Insurance Company | 13551 | 600 College Rd East Ste 3500 | Princeton | NJ | 08540 | (609) 349-7700 |
| Blue Hill Specialty Insurance Company | 15643 | PO Box89490 | Cleveland | OH | 44101-6490 | (440) 461-5000 |
| Bridgeway Insurance Company | 12489 | 555 College Road East | Princeton | NJ | 08543 | |
| Burlington Insurance Company | 23620 | 185 Asylum Street | Hartford | CT | 60606 | (336) 586-2500 |
| Canal Indemnity Company | 27790 | P.O. Box 7 | Greenville | SC | 29602 | (800) 868-7528 |
| Canopius US Insurance, Inc. | 12961 | 200 S Wacker Dr Ste 950 | Chicago | IL | 60606 | (630) 994-5600 |
| Capitol Specialty Insurance Corporation | 10328 | P.O. Box 5900 | Madison | WI | 53705-0900 | (608) 829-4200 |
| Catlin Specialty Insurance Company | 15989 | 70 Seaview Avenue | Stamford | CT | 06902 | (203) 964-5200 |
| Century Surety Company | 36951 | 550 Polaris Parkway, Suite 300 | Westerville | OH | 43082 | (614) 895-2000 |
| Chubb Custom Insurance Company | 38989 | PO Box 1000 | Philadelphia | PA | 19106 | (908) 903-2000 |
| Cincinnati Specialty Underwriters Insurance Company (The) | 13037 | P.O. Box 145496 | Cincinnati | OH | 45250-5496 | (800) 635-7521 |
| Clear Blue Specialty Insurance Company | 37745 | Santander Tower 9th Floor | Guaynabo | PR | 00968 | (980) 299-9368 |
| CM Vantage Specialty Insurance Company | 15872 | 3000 Schuster Lane | Merrill | WI | 54452 | (800) 554-2642 |
| Colony Insurance Company | 39993 | P.O. Box 460912 | San Antonio | TX | 78246-9012 | (800) 577-6614 |
| Columbia Casualty Company | 31127 | 151 N Franklin Street | Chicago | IL | 60606 | (312) 822-5000 |
| Conifer Insurance Company | 29734 | 550 W Merrill St Ste 200 | Birmingham | MI | 48009 | (248) 559-0840 |